# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

July 19, 2024

CL-2023-0853

V.M. v. Houston County Department of Human Resources (Appeal from Houston Juvenile Court:  JU-23-569.01).

CL-2023-0854

V.M. v. Houston County Department of Human Resources (Appeal from Houston Juvenile Court:  JU-23-570.01).

## **ORDER**

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, Fridy, and Lewis, JJ., concur.

Nathan P. Wilson, Clerk